UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Efrain Victor Perex

     v.                                    Case No. 25-cv-315-LM-AJ

FCI Berlin, Warden


ORDER

No objection having been filed, I herewith approve the endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 1, 2025 .  "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal."  Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The petition (doc. 1) and motion to hold petition not moot (doc. 10) are denied as moot. The remaining motions (docs. 4 and 8) are terminated, and the clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: March 27, 2026


cc:  Efrain Victor Perez, pro se
     Counsel of Record